**Below is the Order of the Court.**

[signature]

**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>Debra Lea Wilson,<br><br>　　　　　　　　Debtor. | Case No. 13-20904 |
| United States Trustee,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>Debra Lea Wilson,<br><br>　　　　　　　　Defendant. | Adversary No. 14-01123<br><br>EX PARTE ORDER DISMISSING ADVERSARY PROCEEDING |

On September 17, 2018, the Honorable Frederick P. Corbit entered an Ex Parte Order Approving Debtor's Waiver of Discharge in the main case, case no. 13-20904, at ECF No. 423 (the "Order"). The Order authorizes the United States Trustee to file an ex parte order dismissing the above-captioned adversary proceeding (the "Adversary Proceeding"). Based upon the records and files herein, and upon the provisions of the Order IT IS HEREBY ORDERED THAT the Adversary Proceeding is dismissed with each party bearing their own fees and costs.

/// END OF ORDER ///

ORDER DISMISSING ADVERSARY
PROCEEDING- 1

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

**Below is the Order of the Court.**

Presented by:

Gregory M. Garvin
Acting United States Trustee for Region 18


__/s/ Sarah R. Flynn_____
Sarah R. Flynn, NCBA #42829
Attorney for the United States Trustee

ORDER DISMISSING ADVERSARY
PROCEEDING- 2

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)